UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OAKNORTH BANK, PLC,

Plaintiff,

– against –

PML NORTH, LLC *and* PETER PEDRAM,

Defendants.

**ORDER**

26 Civ. 2998 (ER)

Ramos, D.J.:

This action was filed on April 13, 2026. Doc. 1. An affidavit of service as to PML North, LLC was filed on May 28, 2026 reflecting an answer deadline of June 9, 2026. Doc. 5. A second affidavit of service as to Peter Pedram was filed on June 16, 2026 reflecting an answer deadline of June 24, 2026. Doc. 6. Since then, there has been no further activity in this case.

Plaintiff is instructed to submit a status report by no later than October 28, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.