MEMO ENDORSED

PARDALIS & NOHAVICKA, LLP
ATTORNEYS

October 29, 2026

Plaintiff is directed to file a status report by November 30, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 10/30/2026
New York, New York

**VIA ELECTRONIC CASE FILING**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***OakNorth Bank, PLC* v. *PML North, LLC***
**Case No.: 1:26-cv-02998 (ER)**
***Status Report***

Dear Honorable Judge Ramos:

We represent the Plaintiff OakNorth Bank, PLC ("Plaintiff"), in the above-referenced matter. Pursuant to the Court's Order, dated October 1, 2026, we write to provide the Court with a status report on this matter.

Plaintiff commenced this action on April 13, 2026, and effectuated service of process on the Defendants shortly thereafter. On June 8, 2026, we were contacted by Michael D. Camarinos, Esq., who represented that he was retained as counsel for the Defendants in this action. As the Parties have been engaging in good faith settlement discussions among themselves, Mr. Camarinos requested two (2) extensions of time to file an answer through August 13, 2026. Although Defendants have not appeared in this action or filed a motion for an extension of time to file an Answer, we have not pursued a default at this time as the Parties continue to discuss potential resolution. However, Plaintiff does not waive its right to pursue a default against Defendants and will proceed accordingly if so directed by the Court.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**



Israel Klein, Esq.
950 Third Avenue, 31st Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Israel@pnlawyers.com
*Attorneys for Plaintiff*

950 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022
P: 212.213.8511 | F: 347.897.0094 | Israel@pnlawyers.com | www.pnlawyers.com